1  Maria Quiroga
   Nevada State Bar Number: 13939
2  7935 W Sahara Ave, Suite #103
   Las Vegas, NV 89117
3  Tel: (702) 972-8348
   Maria@QuirogaLawOffice.com
4  *Attorney for Plaintiffs*

5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

6

7

8  **Miguel Alvarez and Isidro Alvarez Garcia,**

   **Plaintiffs,**

9

   v.

10

11 **Loren K. Miller, Alejandro Mayorkas, Ur Mendoza Jaddou, Antony J. Blinken, Phillip Slattery, Richard C. Visek.**

12

   **Defendants.**

13

CASE NO.: 2:23-cv-01032-GMN-EJY

**JOINT STIPULATION OF DISMISSAL OF CASE WITHOUT PREJUDICE**

NOTED WITHOUT ORAL ARGUMENT

14

15  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs

16  Miguel Alvarez and Isidro Alvarez Garcia, by and through their attorney, and the attorney for the

17  Defendants, respectfully submit this Joint Stipulation of Dismissal of Case Without Prejudice. This

18  Stipulation seeks to dismiss all claims against all Defendants.

19      At this time Defendants have adjudicated and approved what was requested in Plaintiffs'

20  Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the

21  case without prejudice. The parties further agree that upon dismissal each party is to bear its own

22  fees and costs for litigation on this case.

23

24

1   Respectfully submitted on this 16th day of January 2025.

2

3   /s/ Maria Quiroga                    /s/Richard T. Colonna
    Maria Quiroga                        Richard T. Colonna
4   Nevada State Bar Number: 13939       Assistant United States Attorney

5   *Attorney for Plaintiffs*            *Attorney for the United States*

6

7   IT IS SO ORDERED. The Clerk of Court is kindly requested to close the case.

8   _____

    UNITED STATES DISTRICT JUDGE
9

10  DATED: __January 17, 2025_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2